IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM BREEDLOVE,                    :        CIVIL ACTION
                                      :        NO. 09-cv-75120
          Plaintiff,                  :
                                      :
     v.                               :
                                      :
CSX TRANSP. CORP.,                    :
                                      :
          Defendant.                  :

## O R D E R

   **AND NOW,** this **17th** day of **AUGUST, 2009,** upon consideration

of Defendant's motion for summary judgment (doc. no. 21), and

plaintiff's response thereto, it is hereby **ORDERED** that

defendant's motion is **DENIED.**


          **AND IT IS SO ORDERED.**

                         S/Eduardo C. Robreno

                         _____

                         **EDUARDO C. ROBRENO, J.**